UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CIV-21675-KING/BANDSTRA

EMILIO PINERO,

      Plaintiff,

v.

OLD CUTLER CORNERS, INC.,
And CVS PHARMACY, INC.

      Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, CVS PHARMACY, INC.

THIS CAUSE having come before the undersigned upon the Joint Stipulation of the Plaintiff, EMILIO PINERO, and Defendant, CVS PHARMACY, INC., for an Order of Dismissal with Prejudice as to Defendant, CVS PHARMACY, INC.; the Court having reviewed the filed and the Joint Stipulation and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that:

1. The above styled cause be and the same is hereby DISMISSED WITH PREJUDICE as to Defendant, CVS PHARMACY, INC.

2. The Court retains jurisdiction to enforce the Settlement Agreement entered into by and between the Plaintiff, EMILIO PINERO, and Defendant, CVS PHARMACY, INC.

3. This Order of Dismissal with Prejudice in no way dismisses the claims of Plaintiff

against any remaining Defendant herein.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Miami-Dade County, Florida, this 16 day of Dec, 20 09.

*[signature]*
JAMES LAWRENCE KING
United States District Judge
Southern District of Florida

Copies furnished to:
Tamatha S. Alvarez, Esquire
tsalaw@hotmail.com

Lauren Wassenberg, Esquire
wassenbergl@gmail.com

Mark Goldstein, Esquire
mgoldstein@rra-law.com