UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-CIV-21675 KING

EMILIO PINERO,

    Plaintiff,

v.

OLD CUTLER CORNERS,

    Defendant.

_____

### NOTICE OF SETTLEMENT

Plaintiff, Emilio Pinero by his undersigned attorney hereby gives notice that the parties have agreed to settle the above entitled action, and will enter into a Confidential Settlement Agreement, thereby resolving the claim brought in the above referenced Action against Defendant, and will file a joint stipulation of dismissal of the above styled action with prejudice, within the next two weeks.

Respectfully submitted this 26th day of April, 2010.

    /s/ Lauren N. Wassenberg

    Lauren N. Wassenberg, Esq
    Attorney for Plaintiff
    429 Lenox Avenue, Suite 4W23
    Miami Beach, FL Tel (305) 537-3723
    Facsimile (305) 537-3724
    Fl Bar No. 0034083

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed, and served, through the Court CM/ECF filing system.

             Respectfully Submitted
             /s/ Lauren Wassenberg
             Lauren N. Wassenberg, Esq.
             429 Lenox Avenue, Suite 4W23
             Miami Beach, FL 33139
             Ph. (305) 537-3723
             Facsimile (305) 537-3724
             Bar Code No. 0034083